UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TONY PEREZ,

           Plaintiff,

      v.                                      Case No. 21-C-142

ANDREW SAUL, Commissioner of
Social Security,

           Defendant.

---

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

---

Plaintiff has filed a complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that Plaintiff could not afford the filing fee. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's request to proceed *in forma pauperis* is **GRANTED.**

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security.

Dated at Green Bay, Wisconsin this 11th day of February, 2021.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge